UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROGER M. HOTRUM, | ) | NO. CV-11-289-JPH |
| | ) | |
| | ) | ORDER ADOPTING REPORT |
| Petitioner, | ) | AND RECOMMENDATION TO |
| | ) | DENY WRIT OF HABEAS CORPUS |
| vs. | ) | |
| | ) | |
| MAGGIE MILLER-STOUT, | ) | |
| | ) | |
| Respondent. | ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on November 7, 2011 **(ECF No. 9)**, recommending that the Petition for a Writ of Habeas Corpus **(ECF No. 1)** be **denied.**

On November 21, 2011, Petitioner timely objected (ECF No. 10). The objections raise the same arguments as those Mr. Hotrum included in previous briefs.

After review,

**IT IS HEREBY ORDERED:**

1. The Report and Recommendation **(ECF No. 9)** to deny the Petition for a Writ of Habeas Corpus is **ADOPTED in its entirety**.

2. The Petition is **DENIED.**

3. The Court declines to issue a certificate of appealability.

///

-1-

1  **IT IS SO ORDERED.** The District Court Executive is directed to
2  enter this Order and an Order of Judgment, forward copies to the
3  parties, and **close the file.**
4  DATED this 22nd day of November, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE