AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROGER M. HOTRUM,

        Petitioner,

        v.

MAGGIE MILLER-STOUT,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-289-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   The Petition is DENIED.

November 22, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia